IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Curt O. Hall,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UBS Financial Services Inc., Mary Lucy Reid, Individually, and Ryan McLaughlin, Individually,<br><br>　　　　Defendants. | C.A. No.: 6:19-cv-03316-TMC |

## **PLAINTIFF'S ANSWERS TO LOCAL 26.01 INTERROGATORIES**

Pursuant to Local Civil Rule 26.01 of the District of South Carolina, Plaintiff Curt O. Hall ("Hall") answers the following Interrogatories:

(A)  State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: NONE**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: PLAINTIFF REQUESTS A JURY TRIAL AS TO ALL CLAIMS**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party, and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER: NOT APPLICABLE AS FISHER IS AN INDIVIDUAL**

(D)  State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER: THE UNITED STATES DISTRICT COURT DOES NOT HAVE SUBJECT MATTER JURISDICTION AND, FOR THAT REASON, THE DIVISION IN NOT APPROPRIATE**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the case: arise from the same or identical transactions, happenings, or events; involved the identical parties or property; or for nay other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: NONE KNOWN TO PLAINTIFF**

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correction identification.

**ANSWER: NOT APPLICABLE**

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: NOT APPLICABLE**

Respectfully submitted the 13th of December 2019.

               TOWNES B. JOHNSON III, LLC


               /s/ Townes B. Johnson III
               Townes B. Johnson III (Fed ID: 10046)
               P.O. Box 9246
               Greenville, SC 29604
               (864) 757-4899
               tjohnson@sc.legal

               *Attorneys for Plaintiff*