IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| CURT O. HALL,<br><br>                  Plaintiff,<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC. AND<br>MARY LUCY REID, INDIVIDUALLY,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NUMBER:<br>6:19-CV-03316-TMC |

**RULE 26(f) REPORT**

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☒ We agree that the schedule set forth in the Conference and Scheduling Order (ECF 59) filed December 3, 2021 is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) will be jointly filed by the parties. The information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed July 13, 2021 requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by Fed. R. Civ. P. 26(f), with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

[SIGNATURES ON FOLLOWING PAGE]

Jointly submitted this 12th day of January, 2022.

| | |
|---|---|
| TOWNES B. JOHNSON III, LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: <u>s/Townes B. Johnson III</u><br>Townes B. Johnson III (Fed ID: 10046)<br>Fed ID: 10046<br>P.O. Box 9246<br>Greenville, SC 29604<br>(864) 757-4899<br>tjohnson@sc.legal | By: <u>s/Ashley P. Cuttino</u><br>Ashley P. Cuttino (Fed. ID 9215)<br>The Ogletree Building<br>300 North Main Street<br>Suite 500 (29601)<br>Post Office Box 2757<br>Greenville, South Carolina 29602<br>Phone: 864.271.1300<br>Fax: 964.235.8806<br>ashley.cuttino@ogletree.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendants UBS Financial Services Inc. and Mary Lucy Reid** |

49795251.1