IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| CURT O. HALL, | ) | C.A. NO.: 6:19-CV-03316-TMC |
| Plaintiff, | ) | |
| v. | ) | |
| UBS FINANCIAL SERVICES, INC., AND MARY LUCY REID, INDIVIDUALLY, | ) | |
| Defendant. | ) | |

**DEFENDANTS' NOTICE OF APPEARANCE AND
SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that S. Michael Nail, Esq., of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., is hereby substituted and will appear as counsel of record for Defendants UBS Financial Services, Inc. and Mary Lucy Reid and that Evelyn A. Norton hereby withdraws as counsel for Defendants UBS Financial Services, Inc. and Mary Lucy Reid

Dated this 8th day of February 2022.

                                                                                             Respectfully submitted,

                                                                                             s/Michael Nail
                                                                                             Michael Nail, Fed ID 12479

                                                                                             Attorneys for Defendants UBS Financial
                                                                                             Services, Inc. and Mary Lucy Reid

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC  29601
864-271-1300
864-235-8806
michael.nail@ogletree.com