IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| CURT O. HALL, | ) C.A. NO.: 6:19-CV-03316-TMC |
| Plaintiff, | ) |
| v. | ) |
| UBS FINANCIAL SERVICES, INC., AND MARY LUCY REID, INDIVIDUALLY, | ) |
| Defendant. | ) |

### NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE

COMES NOW Ashley P. Cuttino, Attorney for the Defendants, and requests protection from being called to trial or having any motions or other hearings scheduled before this Honorable Court during March 18 - 28, due to a previously planned family trip.

Dated this 3rd day of March 2022.

Respectfully submitted,

s/Ashley P. Cuttino
Ashley P. Cuttino, Fed. I. D. # 9215

Attorneys for Defendants UBS Financial Services, Inc., and Mary Lucy Reid, Individually

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
The Ogletree Building
300 North Main Street, Suite 500
Greenville, SC  29601
864-271-1300
864-235-8806
ashley.cuttino@ogletree.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on  March 3, 2022 .

s/Ashley P. Cuttino<br>
Ashley P. Cuttino