IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Curt O. Hall, ) | |
| ) | C.A. No.: 6:19-CV-03316-TMC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UBS Financial Services Inc., Mary Lucy Reid, ) | |
| Individually, and Ryan McLaughlin, Individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S EXPERT DISCLOSURE AND CERTIFICATION**

The Plaintiff above-named, in accordance with the scheduling order in this matter, discloses the following testifying expert as follows:

1. Charles L. Alford, Ph.D.
   Overlook Executive Park
   109 Laurens Rd.
   Building 2, Suite C
   Greenville, SC 29607
   charlie@cla3.com

2. Counsel certifies that a written report prepared and signed by Maurice R. Kraut, CPCU including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the other parties.

Respectfully submitted,

/s/ Townes B. Johnson III
Townes B. Johnson III (Fed ID: 10046)
TOWNES B. JOHNSON III, LLC
P.O. Box 9246
Greenville, SC 29604
(864) 757-4899
tjohnson@sc.legal

Greenville, South Carolina           *Attorneys for Plaintiff Curt O. Hall*
March 18, 2022