AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Curt O Hall <br> *Plaintiff* <br> v. <br> UBS Financial Services Inc; Mary Lucy Reid, *individually*; **Ryan McLaughlin, *Individually*, <br> *Defendant(s)* | ) ) ) ) ) ) <br> Civil Action No.   6-19-cv-3316-TMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that*:*

■ other: Defendants' motion to compel arbitration is granted and the amended complaint is dismissed.

**Defendant Ryan McLaughlin was dismissed on July 9, 2020 [ECF 25].

This action was:

■ decided by the Honorable Timothy M. Cain.

Date:   October 25, 2022                                    *CLERK OF COURT*

                                                                                         s/L. K. McAlister, Deputy Clerk

                                                                                         *Signature of Clerk or Deputy Clerk*